UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| VICKIE RENEE WILLIAMS | ) | BANKRUPTCY CASE NUMBER 10-12041 |
| | ) | CHAPTER 7 |
| DEBTOR. | ) | |

## NOTICE PURSUANT TO F.R.B.P. 3010

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed creditors were less than $5.00 each:

| CLAIM # 2 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 4.49 |
|---|---|---|
| CLAIM # 4 | Cammack & Sons Security<br>Serban Law Office, P.C.<br>200 East Main Street, #1016<br>Fort Wayne, IN 46802 | $ 3.85 |
| CLAIM # 5U | Allen County Treasurer<br>One East Main Street, Room 104<br>Fort Wayne, IN 46802-1811 | $ 0.91 |
| CLAIM # 8 | Lutheran Hospital<br>Innovative Recoveries<br>2123 Lincolnway Court<br>Fort Wayne, IN 46819 | $ 0.84 |
| CLAIM # 9 | Allen Collections, Inc.<br>6710 Old Trail Road<br>Fort Wayne, IN 46809 | $ 1.30 |
| CLAIM #11 | GE Money Bank / Sam's Club<br>c/o Recovery Mgmnt Systems Corp<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | $ 4.92 |

| | | |
|---|---|---|
| CLAIM #12 | Summit Radiology<br>c/o Snow & Sauerteig<br>203 East Berry Street, Suite 1310<br>Fort Wayne, IN 46802 | $ 2.07 |
| CLAIM #13 | Three Rivers Ambulance Authority<br>c/o Snow & Sauerteig<br>203 East Berry Street, Suite 1310<br>Fort Wayne, IN 46802 | $ 4.48 |
| CLAIM #14 | Three Rivers Ambulance Authority<br>c/o Snow & Sauerteig<br>203 East Berry Street, Suite 1310<br>Fort Wayne, IN 46802 | $ 2.29 |

**TOTAL:   $ 25.15**

Respectfully submitted,

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 3rd day of June, 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to the Creditors listed above at the addresses indicated.

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven